UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIZANOOR RAHAMAN, on behalf of himself and all other persons similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>SECOND AVENUE CATERING INC.,<br><br>                Defendant. | 24-cv-172 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties indicated in their Case Management Plan and joint letter that they consent to proceed for all purposes before the assigned Magistrate Judge. The consent form to proceed for all purposes before the assigned Magistrate Judge is available at http://nysd.uscourts.gov/node/754 and is attached to this Order. If the parties consent, they should file a fully executed version of the form on the docket no later than **February 28, 2024**. If not, the Court will adopt a Case Management Plan and Scheduling Order to govern this case.

      SO ORDERED.

Dated: February 22, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.