UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
MIZANOOR RAHAMAN,  :
                          Plaintiff, :
     -against- :    24-CV-172 (OTW)
:
: **OPINION & ORDER**
:
:
SECOND AVENUE CATERIN INC., et al., :
                        Defendants. :
:
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submissions pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 17). The Court has reviewed ECF 17, and finds that the proposed settlement is fair and reasonable.

The Clerk is respectfully directed to close ECF 17 and then close the case.

**SO ORDERED.**

Dated: April 29, 2024                                             *s/ Ona T. Wang*
         New York, New York                                 **Ona T. Wang**
                                                               United States Magistrate Judge